UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID HEYNEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-329 |
| ) | (Phillips) |
| CHRIS LEWIS, JOSH WEBB, and ) | |
| FTK ENTM'T, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND OPINION

This matter is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 15]. On January 4, 2011, Judge Guyton filed an R&R [Doc. 15] in which he recommended to grant Plaintiff's request for attorney's fees contained in the "Statement of Costs and Attorneys Fees" [Doc. 12]. In particular, Judge Guyton found that Plaintiff's request for $1,952.50 in attorney's fees was reasonable. [Doc. 15]. However, Judge Guyton denied Plaintiff's request for court costs, finding that Plaintiff did not comply with the local rules. [Id.]. On January 18, 2011, after Plaintiff complied with the local rules, the Clerk of the Court notified Defendants that Plaintiff was entitled to $237.54 in court costs. [Doc. 18].

There have been no timely objections to the R&R [Doc. 15], and enough time has passed since the filing of the R&R [Doc. 1] to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). After a careful review of this matter, the Court is in complete agreement with Judge Guyton's conclusion that Plaintiff's Request for Costs and Attorney's Fees

1

[Doc. 12] should be **GRANTED IN PART** and **DENIED IN PART**.  Accordingly, for the reasons stated by Judge Guyton, Defendants are **ORDERED** to pay Plaintiff $1,952.50 in attorney's fees.

**IT IS SO ORDERED.**

**ENTER:**

　　　　s/ Thomas W. Phillips　　　
United States District Judge